UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: ) | |
| KATHLEEN O'BRIEN ) | CIVIL NO. 3:05-CV-347 RM |
| ) | |
| Plaintiff-Appellee ) | |
| ) | Appeal from the |
| v. ) | United States Bankruptcy Court |
| ) | Northern District of Indiana |
| REBECCA HOYT FISCHER, ) | South Bend Division |
| ) | Case No. 04-36214 |
| Defendant-Appellant ) | Chapter 7 |

## OPINION and ORDER

On September 19, the parties notified the court of the resolution of this appeal and moved the court to dismiss the appeal. The court GRANTS the parties' request [Doc. No. 6] and this appeal is hereby DISMISSED.

SO ORDERED.

ENTERED: September 26, 2005

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court